Name and address
Raymond E. Hane III (SBN 149960)
WALLER LANSDEN DORTCH & DAVIS, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, California 90071
(213) 362-3680

## UNITED STATES DISTRICT COURT
## SOUTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| VICKI ANNE MCINTYRE | CASE NUMBER |
|---|---|
| Plaintiff(s) | 09CV1237JM (NLS) |
| v. | |
| L-3 COMMUNICATIONS VERTEX AEROSPACE LLC, et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

L-3 COMMUNICATIONS VERTEX AEROSPACE LLC   [ ] Plaintiff  [x] Defendant  [ ] Other _____
*Name of Party*

to substitute Raymond E. Hane III _____ who is

[x] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

BURKE, WILLIAMS & SORENSEN, LLP, 444 South Flower Street, Suite 2400
*Street Address*

Los Angeles, CA 90071                                  rhane@bwslaw.com
*City, State, Zip*                                       *E-Mail Address*

(213) 236-0600                  (213) 236-2700                    149960
*Telephone Number*              *Fax Number*                      *State Bar Number*

as attorney of record in place and stead of   Raymond E. Hane III (Waller Lansden Dortch & Davis, LLP)
                                              *Present Attorney*

is hereby   [x] GRANTED   [ ] DENIED

Dated  8/7/09

U.S. District Judge/~~U.S. Magistrate Judge~~

NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY        CCNG010