# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ANN MCINTYRE,<br><br>                    Plaintiff,<br>  vs.<br><br>L-3 COMMUNICATIONS VERTEX AEROSPACE LLC, a limited liability company; JOHN MURPHY, an individual; and DOES 1 through 25, inclusive,<br><br>                    Defendant. | CASE NO. 09 CV 1237 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Doc. No. 21 |

Pending before the court is a joint motion to dismiss the case with prejudice. (Doc. No. 21). Finding good cause, the court hereby GRANTS the motion. In addition, Defendants' motion for summary judgment is DENIED as moot. (Doc. No. 19). The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: May 18, 2010

                                        Hon. Jeffrey T. Miller
                                        United States District Judge